In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-04-482 CR


____________________



ANTHONY WILLIAM LOGUE, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 411th District Court


San Jacinto County, Texas


Trial Cause No. 8747






MEMORANDUM OPINION (1)


 We have before the Court a motion from the appellant, Anthony William Logue,
to withdraw his notice of appeal pursuant to Tex. R. App. P. 42.2. The motion is signed
by appellant personally. No opinion has issued in this appeal. The motion is granted and
the appeal is therefore dismissed.

 APPEAL DISMISSED.

 PER CURIAM

Opinion Delivered June 15, 2005 

Do Not Publish

Before Gaultney, Kreger and Horton, JJ.
1. Tex. R. App. P. 47.4.